**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Neal J. Deckant (State Bar No. 322946)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        ndeckant@bursor.com

*Attorneys for Plaintiff Marisa Franz*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMMA RIVERA and MARISA FRANZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>KNIX WEAR, INC.<br><br>　　　　　　　　　　　　Defendant. | Case No.  5:22-cv-02137-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONDITIONALLY WITHDRAW AS COUNSEL FOR PLAINTIFF GEMMA RIVERA**<br><br>Date:　May 11, 2023<br>Time:　9:00 a.m.<br>Judge:　Hon. Edward J. Davila<br>Courtroom:　4 |

1  Pursuant to California Rule of Professional Conduct 1.16(a)(4) and Local Rule 11-5(a), and
2  for good cause shown, Bursor & Fisher, P.A.'s Motion to Conditionally Withdraw as Counsel for
3  Plaintiff Gemma Rivera is hereby GRANTED.
4  Pursuant to Local Rule 11-5(b), Bursor & Fisher, P.A. is ordered to serve all notices, papers,
5  or pleadings on Plaintiff Rivera until she is represented by new counsel.

Dated: _____     By: _____
                                        EDWARD J. DAVILA
                                        United States District Judge