**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Plaintiff Marisa Franz*

Michael M. Maddigan (SBN 163450)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com

Lauren S. Colton (*Pro Hac Vice Forthcoming*)
Marc A. Marinaccio (*Pro Hac Vice Forthcoming*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: 410 659 2700
Facsimile: 410 659 2701
lauren.colton@hoganlovells.com
marc.marinaccio@hoganlovells.com

Attorneys for Defendant KNIX WEAR INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMMA RIVERA and MARISA FRANZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>KNIX WEAR INC.,<br><br>            Defendant. | Case No. 5:22-CV-02137-EJD<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   July 20, 2023<br>Time:   10:00 a.m.<br>Courtroom 4, 5th Floor<br><br> Judge Edward J. Davila |

Plaintiffs Marisa Franz and Gemma Rivera and Defendant Knix Wear Inc. respectfully submit this Joint Case Management Conference Statement prior to the July 20, 2023 Case Management Conference.

### I. STATUS UPDATE FROM PLAINTIFF FRANZ AND DEFENDANT KNIX WEAR INC.

At the hearing on May 11, 2023, the Court granted Bursor & Fisher, P.A.'s motion to withdraw as counsel for Plaintiff Gemma Rivera. ECF No. 59 ("Court grants withdrawal of counsel for Ms. Rivera.").

The Court then set another Case Management Conference for July 20, 2023 at 10:00 a.m. to give Plaintiff Rivera additional time to obtain new counsel and to contact the Court's *Pro Se* Program.[1]  5/11/23 Transcript at 8:20-9:10 and 10:21-11:6.  The Court also encouraged Plaintiff Rivera to meet and confer with Defendant's counsel "to see if some type of resolution could be worked out." *Id.* at 8:20-24 and 11:6-12. To date, Plaintiff Rivera has not informed Defendant or Plaintiff Franz that she has obtained new counsel nor has she contacted Defendant about resolution.

Plaintiff Franz remains interested in the settlement of her individual claim.

### II. PLAINTIFF RIVERA'S UPDATE

As suggested by Judge Davila, I have contacted the Court's Pro Se service. I was referred to an attorney at The Asian Law Alliance. Although the attorney was not able to assist with my case, he provided very helpful information. I have received two recommendations of firms that may be able to assist me. I have reached out to both, and am awaiting their decision on if they are able to take on my case.

I have now contacted ten law firms in total. I am consistently receiving the same feedback, that while there is another Plaintiff, the case is messy from an attorney's point of view. My understanding is that Judge Davila instructed Mr. Fisher to settle Plaintiff Franz's case. I am hopeful that once this happens, securing counsel for myself will be possible.

---

[1] The Court's Courtroom Deputy asked Plaintiff Franz's counsel to forward information about the *Pro Se* Program to Plaintiff Rivera on May 11. Plaintiff Franz's counsel forwarded that information to Plaintiff Rivera by email later that day.

I have not yet contacted the Defendant or Plaintiff Franz, as I am waiting to secure counsel before doing so.

Dated: July 7, 2023                                    Respectfully submitted,

**BURSOR & FISHER, P.A.**


By: _____/s/ L. Timothy Fisher_____
                L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Plaintiff Franz*

Dated: July 7, 2023                                    By: __/s/ Gemma Rivera__
                                                                   Gemma Rivera


Dated: July 7, 2023                                    **HOGAN LOVELLS US LLP**

By: __/s/ Lauren S. Colton__
            Lauren S. Colton

Michael M. Maddigan (SBN 163450)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
Email: michael.maddigan@hoganlovells.com

Lauren S. Colton (*pro hac vice* forthcoming)
Marc A. Marinaccio (*pro hac vice* forthcoming)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
lauren.colton@hoganlovells.com
marc.marinaccio@hoganlovells.com

*Attorneys for Defendant Knix Wear Inc.*