1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Boulevard, Suite 940
   Walnut Creek, CA  94596
3  Telephone: (925) 300-4455
   Facsimile:  (925) 407-2700
4  E-Mail: ltfisher@bursor.com

5  *Attorneys for Plaintiff Marisa Franz*

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

| GEMMA RIVERA and MARISA FRANZ, individually and on behalf of all others similarly situated, | Case No. 5:22-CV-02137-EJD |
|---|---|
| Plaintiffs, | **PLAINTIFF MARISA FRANZ'S RESPONSE TO ORDER TO SHOW CAUSE WHY MOTIONS SHOULD NOT BE TERMINATED WITHOUT PREJUDICE** |
| v. | |
| KNIX WEAR INC., | Judge Edward J. Davila |
| Defendant. | |

Plaintiffs Marisa Franz respectfully submits this response to the Court's July 31, 2023 Order to Show Cause Why Motions Should Not Be Terminated Without Prejudice. Plaintiff Franz agrees that the pending Motion to Dismiss (ECF No. 12), Motion for Rule 11 Sanctions (ECF No. 14), and Motion to Stay Discovery (ECF No. 35) should be terminated without prejudice while Plaintiff Rivera seeks to obtain new counsel and the parties continue their settlement discussions.

Dated: August 14, 2023                     Respectfully submitted,

                                                        **BURSOR & FISHER, P.A.**

                                                        By:       /s/ L. Timothy Fisher
                                                                 L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Plaintiff Franz*