**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Plaintiff Marisa Franz*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEMMA RIVERA and MARISA FRANZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KNIX WEAR INC.,<br><br>　　　　　Defendant. | Case No. 5:22-CV-02137-EJD<br><br>**PLAINTIFF MARISA FRANZ'S NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Judge Edward J. Davila |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |
| 2 | Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an |
| 3 | action without a court order by filing…a notice of dismissal before the opposing party serves either |
| 4 | an answer or a motion for summary judgment." Accordingly, Plaintiff Marisa Franz hereby |
| 5 | voluntarily dismisses her claims with prejudice. Each party shall bear its own fees and costs. |
| 6 | Plaintiff Gemma Rivera voluntarily dismissed her claims on August 18, 2023 (ECF No. 71) |
| 7 | so this matter can be closed in its entirety. |

Dated: September 1, 2023          **BURSOR & FISHER, P.A.**

By:      */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Plaintiff Franz*